IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COBBLER NEVADA, LLC,                        6:15-CV-00909-ST

       Plaintiff,                       ORDER

v.

TIMOTHY HELLMAN,

       Defendant.

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#19) on December 14, 2015, in which she recommends this Court deny Defendant's Motion (#13) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#19).  Accordingly, the Court **DENIES** Defendant's Motion (#13) to Dismiss.

IT IS SO ORDERED.

DATED this 19th day of January, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER